UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JILL J. GIBSON, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>     Defendant. | Case No. 4:17-cv-00577-RMG |

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

The parties in the above-captioned matter, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate that all claims against Defendant Toyota Motor Sales, U.S.A., Inc. in the above-captioned action are dismissed with prejudice, with all parties to bear their own respective costs and attorneys' fees. The Parties request that the Court enter the attached Order (attached as Exhibit A).

Dated: May 22, 2018                              Respectfully submitted,

/s/ *Paul T. Collins*
Paul T. Collins
paul.collins@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor,
Columbia, SC  29201
Telephone:  (803) 799-2000

*Counsel for Defendant*

/s/ *T. Christopher Tuck*
T. Christopher Tuck
ctuck@rpwb.com
Richardson, Patrick, Westbrook & Brickman, L.L.C.
Chuck Dawley Blvd. Building A
Mt. Pleasant, SC  29464
Telephone:  (843) 727-6500

*Counsel for Plaintiff*