UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| JILL J. GIBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant. | Case No. 4:17-cv-00577-RMG |

## ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties Joint Stipulation of Voluntary Dismissal with Prejudice. Upon careful consideration of the Stipulation, it is hereby **ORDERED t**hat this case is **DISMISSED** with **PREJUDICE.**

May 22, 2018                                                             s/ Richard Mark Gergel

                                                                                    United States District Court Judge