FILED: May 22, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2196
(4:17-cv-00577-RMG)

_____

JILL J. GIBSON, on behalf of themselves and all others similarly situated

    Plaintiff - Appellee

and

WANDA JEFFERS

    Plaintiff

v.

TOYOTA MOTOR SALES, U.S.A., INCORPORATED

    Defendant - Appellant

and

TOYOTA MOTOR CORPORATION; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INCORPORATED

    Defendants

_____

## RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*